McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>DANNY DONG A. SU,<br><br>             Defendant. | 2:20-cr-00041-CKD<br><br>STIPULATION TO CONTINUE INITIAL APPEARANCE; ORDER<br><br>DATE:  May 21, 2020<br>TIME:   9:30 a.m.<br>COURT: Hon. Carolyn K. Delaney |

Plaintiff United States of America, by and through its counsel of record, Christopher S. Hales, and the defendant, DANNY DONG A. SU, by and through his counsel of record, Linda C. Allison, hereby stipulate and request that the Court continue the initial appearance currently set for May 21, 2020, at 9:30 a.m. to July 16, 2020 at 9:30 a.m.

Defense counsel has confirmed an interpreter for this date.

IT IS SO STIPULATED.

Dated: April 30, 2020                    McGREGOR W. SCOTT
                                         United States Attorney


                                  By:    */s/ Christopher S. Hales*
                                         CHRISTOPHER S. HALES
                                         Assistant United States Attorney

///

Dated: May 4, 2020

*/s/ Linda C. Allison* (authorized on 5/4/2020)
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
DANNY DONG A. SU

**ORDER**

IT IS SO ORDERED.

Dated: May 5, 2020

[signature: Carolyn K. Delaney]
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE