UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:20-cr-00041-CKD |
| ) | |
| Plaintiff, ) | ORDER TO DISMISS AND VACATE STATUS |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| DANNY DONG SU, ) | DATE:  February 11, 2021 |
| ) | TIME:  9:30 a.m. |
| Defendant. ) | JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-cr-00041-CKD is GRANTED.

It is further ordered that the status conference scheduled on February 11, 2021, is vacated.

IT IS SO ORDERED.

Dated: February 11, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE